No. 927.   CLEVELAND ELECTRIC ILLUMINATING Co.
ET AL. *v.* UNITED STATES ET AL.

*Per Curiam:* The motions to affirm are granted and the judgment is affirmed.   *Nuel D. Belnap* and *Harold E. Spencer* for the Cleveland Electric Illuminating Co., and *C. F. Taplin, Jr.* for the Ohio Coal Association, appellants. *Solicitor General Rankin, Robert W. Ginnane* and *Samuel R. Howell* for the United States and the Interstate Commerce Commission, and *Howard F. Burns, R. B. Claytor, Hugh B. Cox, Anthony P. Donadio, John P. Fishwick, Richard J. Murphy, W. A. Wilkinson* and *Edward A. Kaier* for the Baltimore & Ohio Railroad Co. et al., appellees.

No. 468.   CARR *v.* BEVERLY HILLS CORP. ET AL.

*Per Curiam:* The petition for writ of certiorari is granted, the judgment of the Court of Appeals is reversed on the authority of *Smith* v. *Sperling, ante,* p. 91, decided June 10, 1957, and *Swanson* v. *Traer, ante,* p. 114, decided June 10, 1957, and the cause is remanded to the District Court for proceedings in conformity with this opinion.   MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, MR. JUSTICE HARLAN, and MR. JUSTICE WHITTAKER dissent for the reasons stated in their dissent in *Smith* v. *Sperling, ante,* p. 98.   *Thomas Dodd Healy* and *George E. Danielson* for petitioner. *Paul R. Watkins* for the Beverly Hills Corporation, and *Frederic H. Sturdy* for Lordan et al., respondents.

No. 781, Misc.   STANLEY *v.* NEW YORK.

*Per Curiam:* The appeal is dismissed.